The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MIKAELA MARIE STEVENS-HILLS and STEPHINE STEWART, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GLAMNETIC, LLC,<br><br>Defendant. | No. 3:26-cv-05003-DGE<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE**<br><br>NOTING DATE:<br>January 8, 2026 |

### STIPULATION

Plaintiffs Mikaela Marie Stevens-Hills and Stephine Stewart ("collectively, Plaintiffs") and Defendant Glamnetic, LLC ("Defendant") (collectively, the "Parties"), by and through their counsel of record, stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, Plaintiffs filed the Complaint in this action on December 1, 2025;

WHEREAS, Defendant was served with the Complaint on December 5, 2025;

WHEREAS, Defendant removed this action to this Court on January 5, 2026;

WHEREAS, Defendant's deadline to respond to the Complaint is January 12, 2026;

WHEREAS, no previous extensions have been requested or granted; and,

STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE– 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1   WHEREAS, the Parties agree that good cause exists under Federal Rule of Civil
2   Procedure 6(b) to extend Defendant's deadline to answer, plead, or otherwise respond to
3   Plaintiff's Complaint;
4   NOW THEREFORE, subject to the approval of the Court, the Parties hereby agree as
5   follows:
6   Defendant's deadline to answer, plead, or otherwise respond to Plaintiff's Complaint
7   shall be extended by fourteen (14) days to January 26, 2026.

9   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

11  DATED this 8th day of January, 2026.

| STRAUSS BORRELLI, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| s/ Samuel J. Strauss | s/ Lauren B. Rainwater |
| Samuel J. Strauss, WSBA #46971 | Lauren B. Rainwater, WSBA #43625 |
| Raina C. Borrelli, *pro hac vice* forthcoming | Rachel Herd, WSBA #50339 |
| 980 N. Michigan Avenue, Suite 1610 | 920 Fifth Avenue, Suite 3300 |
| Chicago, IL 60611 | Seattle, Washington 98104-1610 |
| Telephone.: 872-263-1100 | Telephone: (206) 622-3150 |
| E-mail: sam@straussborrelli.com | Email: laurenrainwater@dwt.com |
| E-mail: raina@straussborrelli.com | E-mail: rachelherd@dwt.com |
| | |
| Lynn A. Toops, *pro hac vice* forthcoming | Philip N. Yannella, *pro hac vice* forthcoming |
| Natalie A. Lyons, *pro hac vice* forthcoming | Thomas P. Cialino, *pro hac vice* forthcoming |
| Ian R. Bensberg, *pro hac vice* forthcoming | BLANK ROME LLP |
| COHENMALAD, LLP | 130 North 18th Street |
| One Indiana Square, Suite 1400 | Philadelphia, PA 19103 |
| Indianapolis, IN 46204 | Telephone: 215-569-5500 |
| Telephone.: 317-636-6481 | E-mail: philip.yannella@blankrome.com |
| E-mail: ltoops@cohenmalad.com | E-mail: thomas.cialino@blankrome.com |
| E-mail: nlyons@cohenmalad.com | |
| E-mail: ibensberg@cohenmalad.com | *Attorneys for Defendant Glamnetic, LLC* |
| | |
| Gerard J. Stranch, IV, *pro hac vice* forthcoming | |
| Michael C. Tackeff, *pro hac vice* forthcoming | |

STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE– 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Andrew K. Murray, *pro hac vice* forthcoming
   STRANCH, JENNINGS & GARVEY, PLLC
2  223 Rosa L. Parks Avenue, Suite 200
   Nashville, TN 37203
3  Telephone.: 615-254-8801
   E-mail: gstranch@stranchlaw.com
4  E-mail: mtackeff@stranchlaw.com
   E-mail: amurray@stranchlaw.com
5
6  *Attorneys for Plaintiffs*

7                              **ORDER**

8

9      IT IS SO ORDERED.

10

11     DATED this 9th day of January, 2026.

12

13

14                                    _____
                                      David G. Estudillo
15                                    United States District Court Judge

16

STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE– 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax