UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MIKAELA MARIE STEVENS-HILL et al.,<br>Plaintiffs,<br>v.<br>GLAMNETIC LLC,<br>Defendant. | CASE NO. 3:26-cv-05003-DGE<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

For the reasons outlined in its order in *Liss et al v. Skechers USA INC*, 3:25-cv-05861-DGE, this matter is STAYED pending further guidance from the Ninth Circuit. All pending motions are DENIED without prejudice and may be re-filed following the Ninth Circuit's decisions in *Montes v. Penney OpCo, LLC, et al.*, Nos. 25-8045, 26-241 (9th Cir.) and *Montes v. SPARC Group, LLC*, No. 23-35496 (9th Cir.), as applicable. The Parties are ORDERED to submit a joint status report within 14 days of a decision(s) in the *Montes'* matter(s).

Dated this 25th day of August, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.